**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| U.A-H., | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Case No. 7:26-cv-18-WLS-AGH |
| | : | 28 U.S.C. § 2241 |
| Warden, IRWIN COUNTY | : | |
| DETENTION CENTER, *et al.*, | : | |
| | : | |
| Respondents. | : | |

## <u>ORDER TO SHOW CAUSE</u>

The Court received Petitioner's amended application for habeas corpus relief under 28 U.S.C. § 2241 on January 23, 2026 (ECF No. 4).  This case appears to involve the same issues raised in *J.A.M. v. Streeval*, No. 4:25-CV-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) and *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025), concerning whether the petitioner is properly detained under 8 U.S.C. § 1225(b)(2) or 8 U.S.C. § 1226(a).  In light of those decisions, Respondents are directed to show cause within seven (7) days as to why Petitioner's application for habeas relief should not be granted.  Petitioner may file a reply within three (3) days of Respondents' response to this Order.

**SO ORDERED**, this 26th day of January, 2026.

 s/ *Amelia G. Helmick*　　　　　　　
UNITED STATES MAGISTRATE JUDGE