IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

URIEL AGUILAR-HERNANDEZ,                    *

                Petitioner,              *

v.                                                                    Case No. 7:26-cv-18 (WLS-AGH)

                                        *

WARDEN, IRWIN COUNTY DETENTION
CENTER, et al.,                                              *

              Respondents.             *

_____

**J U D G M E N T**

Pursuant to this Court's Order dated February 5, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Petitioner.

This 5th day of February, 2026.

                                  David W. Bunt, Clerk

                                  s/ Katie Logsdon, Deputy Clerk